IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

_____
                                                   )
THOMAS & KING, INC.                                )
249 East Main Street                           )
Lexington, KY  40507,                              )
                                                   )
On behalf of itself and all others similarly      )
situated,                                          )
                    Plaintiff,                     )
                                                   )   Civil Action No.
v.                                                 )   3:07-CV-608-DRH-PMF
                                                   )
KONINKLIJKE AHOLD N.V.                             )
Piet Heinkade 167-173, 1019 GM                     )
Amsterdam, The Netherlands,                        )
                                                   )
U.S. FOODSERVICE, INC.                         )
9755 Patuxent Woods Drive                      )
Columbia, Maryland 21046,                      )
                                                   )
GORDON REDGATE                                     )
859 Fairmount Avenue                               )
Chatham, New Jersey 07928,                         )
                                                   )
And                                                )
                                                   )
BRADY SCHOFIELD                                    )
12 Gulf Shore Blvd. N.                             )
Naples, Florida  34102,                            )
                                                   )
                    Defendants.                    )
_____)


**<u>PROPOSED ORDER</u>**

IT IS HEREBY ORDERED that all further proceedings in this case are STAYED

pending a decision by the Judicial Panel on Multidistrict Litigation regarding the transfer of this

case for consolidated pretrial proceedings.  All hearing and motion dates are VACATED pending

further order of this Court.

DATED: October 9, 2007


/s/      DavidRHerndon
Chief Judge
United States District Court